United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charlene D Walker  
    Debtor

Case No. 17-11706-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: May 26, 2017  
                       Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
```
db         +Charlene D Walker,    3704 Spruce Street,    Bristol, PA 19007-2602
cr         +The Bank of New York Mellon,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
             Boca Raton, FL 33487-2853
13880653   +BNY Mellon,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
13881472   +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13880659  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
             Cedar Rapids, IA 52408)
13917549   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13880660   +United Auto Credit Co,    Po Box 163049,    Ft Worth, TX 76161-3049
13895889   +United Auto Credit Corporation,    PO Box 163049,    Fort Worth, TX 76161-3049
13880661   +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
13880662   +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 50250,    Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov May 27 2017 01:12:59     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2017 01:11:56
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2017 01:12:52     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 01:08:30     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13880654   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 27 2017 01:13:40
             Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13880655   +E-mail/Text: cio.bncmail@irs.gov May 27 2017 01:11:46     IRS,    PO Box 7346,
             Philadelphia, PA 19101-7346
13880657    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2017 01:08:26
             Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13880656   +E-mail/Text: paul.cressman@phelanhallinan.com May 27 2017 01:13:29     Phelan Hallinan LLP,
             1617  JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13880658   +E-mail/Text: bankruptcy@sw-credit.com May 27 2017 01:12:35     Southwest Credit Systems,
             4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13921576   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2017 01:08:31     Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
```
          ALEXANDER G. TUTTLE    on behalf of Debtor Charlene D Walker agt@tuttlelegal.com
          KERI P EBECK    on behalf of Creditor    United Auto Credit Corporation kebeck@weltman.com,
           jbluemle@weltman.com
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: May 26, 2017
                              Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor    The Bank of New York Mellon pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :
                                                   :    Chapter  13
**CHARLENE D WALKER,**                             :
                                                   :
                                                   :
         Debtor(s)                                 :
                                                   :    Bankruptcy No. **17-11706 ELF**

**ORDER**

AND NOW, it is

1.*(**X**)  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*( )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: May 25, 2017**

_____
Eric L. Frank
Chief United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm